| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PERRY PROVOST, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION 1:17-CV-356
　　　　　　　　　　　　　　　§
TAKATA CORPORATION, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER

In light of the stay order entered by the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, who is presiding over Defendant Takata Corporation's bankruptcy, Plaintiffs are unable to complete service of process on Defendants. Accordingly, Plaintiffs' Motion to Stay (#4) is GRANTED, and this case is ADMINISTRATIVELY CLOSED until further order of the court. Plaintiffs shall file a status report regarding the bankruptcy proceedings on or before June 1, 2018.

SIGNED at Beaumont, Texas, this 21st day of November, 2017.

　　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE